**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRIMITIVO ROJAS GOMEZ, | No. 2:21-cv-03431-JLS (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES DISTRICT COURT, | |
| Defendant. | |

Pursuant to the Order of Dismissal,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing and this action is dismissed with prejudice

Dated: May 26, 2021

_____
JOSEPHINE L. STATON
United States District Judge